# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| DR. MICHAEL L. HILL <br><br> *Plaintiff(s)* <br><br> v. <br><br> CBAC GAMING LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19-CV-695 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CBAC GAMING LLC
DBA THE HORSESHOE CASINO BALTIMORE
SERVE CSC LAWYERS
7 ST PAUL ST, SUITE 820
BALTIMORE, MARYLAND 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KIM PARKER, ESQ
THE LAW OFFICES OF KIM PARKER P.A.
2123 MARYLAND AVENUE
BALTIMORE, MARYLAND 21218
410-234-2621
INFO@KIMPARKERLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/6/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| DR. MICHAEL L. HILL | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 19-CV-695 |
| CBAC GAMING LLC | ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JERMAINE WRIGHT
In His Induvial and Official Capacity
1525 Russell Street
Baltimore, Maryland 21230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  KIM PARKER, ESQ
THE LAW OFFICES OF KIM PARKER P.A.
2123 MARYLAND AVENUE
BALTIMORE, MARYLAND 21218
410-234-2621
INFO@KIMPARKERLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/6/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| DR. MICHAEL L. HILL <br><br> *Plaintiff(s)* <br><br> v. <br><br> CBAC GAMING LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19-CV-695 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  THOMAS CASSELLA
In His Individual and Official Capacity
135 East Summit Drive
Littlestown, Pennsylvania 17340

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  KIM PARKER, ESQ
THE LAW OFFICES OF KIM PARKER P.A.
2123 MARYLAND AVENUE
BALTIMORE, MARYLAND 21218
410-234-2621
INFO@KIMPARKERLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/6/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| DR. MICHAEL L. HILL | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-CV-695 |
| CBAC GAMING LLC | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CAESARS BALTIMORE MANAGEMENT COMPANY, LLC
Serve: CSC-Lawyers, Inc
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: KIM PARKER, ESQ
THE LAW OFFICES OF KIM PARKER P.A.
2123 MARYLAND AVENUE
BALTIMORE, MARYLAND 21218
410-234-2621
INFO@KIMPARKERLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/6/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| DR. MICHAEL L. HILL<br><br>*Plaintiff(s)*<br>v.<br>CBAC GAMING LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 19-CV-695 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BALTIMORE CITY POLICE DEPARTMENT
Serve: Andre Davis, City Solicitor
City Hall Room 101 100 N. Holiday Street
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: KIM PARKER, ESQ
THE LAW OFFICES OF KIM PARKER P.A.
2123 MARYLAND AVENUE
BALTIMORE, MARYLAND 21218
410-234-2621
INFO@KIMPARKERLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/6/2019

*Signature of Clerk or Deputy Clerk*