**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DR. MICHAEL L. HILL**<br>**Plaintiff** | **Case Number: 1:19-cv-00695-DKC** |
| vs | |
| **CBAC GAMING LLC**<br>**Defendant** | **AFFIDAVIT OF SERVICE** |

Now comes, Bob Gano the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Gettysburg, PA.

I, Bob Gano certify that on, **05/14/2019**, at **3:45 PM**, I served a copy of the within ***Letter, Summons in a Civil Action, Civil Complaint and Jury Trial Prayer, and First Amended Civil Complaint and Jury Trial Prayer*** upon the within named **Thomas Cassella**, in the following manner,

**(xx)   SUBSTITUTE SERVICE:** Being unable to make Personal Service, a copy was delivered in the following manner, to **Connie Cassella,** Relationship: Wife who resides at usual place of abode of the party named herein.

Said service was effected at the following location: **135 East Summit Drive, Littlestown, PA 17340.**

I, Bob Gano describe the individual accepting service **Connie Cassella** as follows: **Connie Cassella** is a Asian Female, approximately , with Black hair, approximately 5"2" and weighing 120 lbs..

I, Bob Gano certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me by Bob Gano

on this _____ day of _____, 20____



**Bob Gano**
112 Baltimore Street
Gettysburg, PA 17325

44231