# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
# NORTHERN DIVISON

| | |
|---|---|
| DR. MICHAEL L. HILL <br><br>**PLAINTIFF** <br><br> V. <br><br> CBAC GAMING, LLC <br><br>**DEFENDANTS** | Civil Case No.: **19-CV-695** |

## PLAINTIFF AFFIDAVIT OF DEFAULT AS TO DEFENDANT THOMAS CASSELLA

**WILL THE CLERK OF THE COURT**, pursuant to Federal Rules of Civil Procedure 55(a), enter default as to Defendant Thomas Cassella, for failing to answer or otherwise plead. The Defendant was served with the Summons and Complaint on May 14, 2019 (Exhibit A). Defendant's responsive pleading was due on or before June 4, 2019.

Respectfully Submitted,

THE LAW OFFICES OF KIM PARKER, P.A.

/s/ Kim Parker

_____
Kim Parker, Esquire
Fed. Bar No.:23894
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
info@kimparkerlaw.com

COUNSEL FOR PLAINTIFF
DR. MICHAEL L. HILL

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2019, a copy of the Affidavit of Default was served, first class mail, postage prepaid to:

CBAC Gaming LLC .
Caesars Baltimore Management Company LLC
CSC
7 St Paul Street
Suite 820
Baltimore, Maryland 21202

Thomas Cassella
135 East Summit Drive
Littlestown, PA 17340

Baltimore City Police Department
City Hall Room 101
100 N. Holiday Street
Baltimore, MD 21202

Jermaine Wright
1525 Russell Street
Baltimore, Maryland 21230

/s/ Kim Parker
_____
Kim Parker