# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
# NORTHERN DIVISON

| | |
|---|---|
| DR. MICHAEL L. HILL **PLAINTIFF** V. CBAC GAMING, LLC **DEFENDANTS** | Civil Case No.: **19-CV-695** |

## PLAINTIFF AFFIDAVIT OF DEFAULT
## AS TO DEFENDANT BALTIMORE CITY POLICE

**WILL THE CLERK OF THE COURT**, pursuant to Federal Rules of Civil Procedure 55(a)[1], enter default as to Defendant Baltimore City Police Department ("BCPD"), for failing to answer or otherwise plead. The Defendant was served with the Summons and Complaint on May 17, 2019 (See Exhibit A). Defendant's responsive pleading was due on or before June 7, 2019. Default is mandatory under FRCP 55(a) and the clerk [m]ust enter default accordingly.

Respectfully Submitted,

THE LAW OFFICES OF KIM PARKER, P.A.

/s/ Kim Parker

_____

KIM PARKER, ESQUIRE
FED. BAR NO.:23894

---

[1] (a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

1

2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
info@kimparkerlaw.com
COUNSEL FOR PLAINTIFF
DR. MICHAEL L. HILL

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2019, a copy of the Affidavit of Default was served, first class mail, postage prepaid to:

Colin Bell, Esq.
Schenker, Krause and Lopez
600 Red Brook Blvd, Suite 650
Owings Mills, Maryland 21117
Counsel for Defendants CBAC, Caesars, Cassella and Wright
*Via Email Only at colin.bell@zurichna.com*

Baltimore City Police Department
Attention: Law Department
City Hall Room 101
100 N. Holiday Street
Baltimore, MD 21202
*Also Via Facsimile 410-396-2126*

/s/ Kim Parker
_____
Kim Parker