IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| DR. MICHAEL L. HILL, | * | |
| Plaintiff | * | |
| v. | * | Civil Case No. 1:19-cv-00695-DKC |
| CBAC GAMING, LLC, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

The Defendants, CBAC Gaming, LLC, Thomas Cassella, Jermaine Wright, and Caesars Baltimore Management Company, LLC, by their undersigned counsel, respectfully request that this Honorable Court enter the appearance Richard J. Medoff (Federal Bar No. 19608) as counsel for Defendants, CBAC Gaming, LLC, Thomas Cassella, Jermaine Wright, and Caesars Baltimore Management Company, LLC.

Respectfully submitted,

/s/ Richard J. Medoff
Richard J. Medoff (#19608)
Semmes, Bowen & Semmes
25 South Charles Street, Suite 1400
Baltimore, Maryland 21201
(410) 539-5040
Fax: (410) 539-5223
rmedoff@semmes.com

*Attorney for Defendants,*
*CBAC Gaming, LLC,*
*Thomas Cassella, Jermaine Wright,*
*and Caesars Baltimore Management*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of June, 2019, a copy of the foregoing Notice of Appearance was filed electronically with the Court and served electronically on:

Kim D. Parker, Esquire
Law Office of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
*Attorney for Plaintiff*

Elisabeth Walden, Esquire
Baltimore City Law Department
Office of Legal Affairs
100 N. Holliday Street, Suite 101
Baltimore, Maryland 21202
*Attorney for Baltimore City Police*

Colin Bell, Esquire
Schenker, Krause & Lopez
600 Red Brook Blvd., Suite 650
Owings Mills, Maryland 21117
*Attorney for Defendants,*
*CBAC Gaming, LLC,*
*Thomas Cassella, Jermaine Wright,*
*and Caesars Baltimore Management*

/s/ Richard J. Medoff
Richard J. Medoff (#19608)

B2174706.WPD; 25228-29