IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DR. MICHAEL HILL | * | |
| Plaintiff | * | |
| v. | * | Case No.: 19-CV-00695 DKC |
| CBAC GAMING, LLC *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT JERMAINE WRIGHT'S**
**DISCLOSURE STATEMENT**

Defendant, Jermaine Wright, by his undersigned counsel, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, submits this Disclosure Statement.

Mr. Wright is a natural person.

Insurer, Zurich American Insurance Company, may have a financial interest in the outcome of the case.

Respectfully submitted,

*/s/ Robert L. Hebb*
Robert L. Hebb (Fed. Bar # 23425)
Richard J. Medoff (Fed. Bar # 19608)
Semmes, Bowen & Semmes
25 South Charles Street, 14th Floor
Baltimore, Maryland 21201
(410) 539-5040 (Telephone)
(410) 539-5223 (Facsimile)
rhebb@semmes.com
rmedoff@semmes.com
*Attorneys for Defendants,*
*CBAC Gaming, LLC, Thomas Cassella,*
*Jermaine Wright, and Caesars Baltimore*
*Management Company, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 28th day of June, 2019, a copy of the foregoing Defendant Jermaine Wright's Disclosure Statement was electronically filed and served *via* the CM-ECF Filing System on:

Kim D. Parker, Esquire
Law Office of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
*Counsel for Plaintiff*

Elisabeth Walden, Esquire
Baltimore City Law Department
Office of Legal Affairs
100 N. Holliday Street, Suite 101
Baltimore, Maryland 21202
*Counsel for Defendant,*
*Baltimore City Police Department*

                                                 */s/ Robert L. Hebb*
                                                 Robert L. Hebb (Fed. Bar # 23425)

B2174538.DOCX