

**Bernard C. "Jack" Young**
*President*
Baltimore City Council

100 N. Holliday Street, Room 400 • Baltimore, Maryland 21202
410-396-4804 • Fax 410-539-0647
E-Mail councilpresident@baltimorecity.gov

January 8, 2019

Honorable Catherine E. Pugh
Mayor
City of Baltimore
100 N. Holliday Street
Baltimore, MD 21202

**Re: Background information to accompany Police Commissioner Nominee**

Dear Madame Mayor:

I know you gave all due consideration to your selection of Superintendent Michael Harrison to lead the Baltimore Police Department, and that you did so with a real commitment to openness and transparency. Once your nominee is officially introduced to the City Council, it will be incumbent upon the City Council to fully vet the nominee. In support of that goal, and pursuant to City Council Rule 14-1, which provides:

> From time to time, the President may submit to the Mayor a letter specifying the background and related documentation and other information requested to accompany nominations made to the City Council.

I request that when you submit Mr. Harrison's nomination to the City Council, you provide the following background documentation:

(1) A copy of Superintendent Harrison's resume;
(2) A copy of any completed application materials Superintendent Harrison submitted in pursuit of this position;
(3) A list of any civil or criminal cases to which Superintendent Harrison is a party, including the complete case name, docket number, the court in which it appears, and any other information necessary to identify the case;
(4) An affirmation that Superintendent Harrison filed his federal and state tax returns for all years the nominee was required to do so;
(5) All letters of reference the Administration received in reference to Superintendent Harrison;
(6) A complete copy of all investigation reports conducted by the administration or any other party into Superintendent Harrison's background;

(7) Copies of Superintendent Harrison's personnel files from the New Orleans Police Department, and all other police departments for which the nominee was employed; and

(8) Copies of any other documents the Mayor and her senior team used when assessing Superintendent Harrison.

In addition to the above-requested documents, I further request the administration provide Superintendent Harrison's responses to the following questions.

(1) Will you make yourself available for multiple meetings with city residents, which will be open to the public, at which you will be asked questions by community members, and which will take place at locations across the City?

(2) Please describe your ability to implement community-based policing practices, including specific examples.

(3) How would you assess and describe your ability to implement community-based policing practices? Can you provide specific examples?

(4) How would you asses your ability to explicitly address institutional racism and bias within the police department *and* between the police department and the community? Can you provide specific examples?

(5) Please describe your ability to conduct and implement a "top to bottom" policy review change. Did you incorporate an equity lens when doing so?

(6) Please describe your commitment to training officers and implementing new training requirements for officers.

(7) Can you describe your ability to implement data-driven policing practices?

(8) Please describe your familiarity with the consent decree in *U.S. v. Police Department of Baltimore City, et al* as well as your commitment to full and effective compliance with its requirements.

(9) What is your experience reducing crime – particularly violent crime – in a way that adheres to the Constitution?

(10) We have heard a strong desire among Baltimore City residents that the next police commissioner nominee is from Baltimore. Please describe your connections to and knowledge of Baltimore City's communities.

Thank you, Madame Mayor, for your full consideration of the above requests. I look forward to working with you and the members of the Baltimore City Council during this process.

Sincerely,

Bernard C. "Jack" Young
President
Baltimore City Council