IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DR. MICHAEL L. HILL,                    *

          Plaintiff              *

   v.                                          *        Civil Case No. 1:19-cv-00695-DKC

CBAC GAMING, LLC, et al.,          *

          Defendants          *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**<u>PLAINTIFF'S INITIAL REPORT</u>**

Plaintiff, Dr. Michael L. Hill, by and through his undersigned counsel, hereby proffer the following Initial Report[1] pursuant to this Court's Scheduling Order, and with good cause state:

1.      Plaintiff is agreeable to an early settlement/ADR conference.

2.      In light of the number of witnesses anticipated, Plaintiff request 30 hours of depositions of fact witnesses.

3.      There is not unanimous consent to proceed before a United States Magistrate Judge.

WHEREFORE, kindly accept the above as Plaintiff's Initial Report.

/s/ Kim Parker
_____
Kim D. Parker, Esquire (#23894)
LAW OFFICE OF KIM PARKER, P.A.

---

[1] Undersigned counsel was not available prior to the Defendants' filing its Joint Report.

2

2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
Fax: 410-234-2612
info@kimparkerlaw.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this __9th__ day of January, 2020, a copy of the foregoing Initial Report was filed electronically with the Court and served electronically via the United States District Court for the District of Maryland's electronic filing system on all counsel of record.

/s/ Kim Parker
Kim Parker, Esq.