IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

DR. MICHAEL L. HILL,                    *

        Plaintiff              *

v.                                      *   Civil Case No. 1:19-cv-00695-DKC

CBAC GAMING, LLC, et al.,               *

        Defendants             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismiss the above-captioned matter with prejudice, including all claims, cross-claims and third party claims, and that all claims and disputes between the parties arising out of the above captioned matter are dismissed with prejudice, settled and satisfied.

| | |
|---|---|
| /s/ Kim D. Parker  (w/permission on 3/5/20) | /s/ Robert L. Hebb |
| Kim D. Parker (#23894) | Robert L. Hebb (#23425) |
| Law Office of Kim Parker, P.A. | Richard J. Medoff (#19608) |
| 2123 Maryland Avenue | Semmes, Bowen & Semmes |
| Baltimore, Maryland 21218 | 25 South Charles Street, Suite 1400 |
| (410) 234-2621 | Baltimore, Maryland 21201 |
| Fax: (410) 234-2612 | (410) 539-5040 |
| kp@kimparkerlaw.com | Fax: (410) 539-5223 |
| | rhebb@semmes.com |
| | rmedoff@semmes.com |
| *Attorney for Plaintiff,* | |
| *Dr. Michael L. Hill* | *Attorney for Defendants,* |
| | *CBAC Gaming, LLC,* |
| | *Thomas Cassella, Jermaine Wright,* |
| | *and Caesars Baltimore Management* |

/s/ Elisabeth Walden  (w/permission on 3/5/20)
Elisabeth Walden (#28684)
Baltimore City Law Department
Office of Legal Affairs
100 N. Holliday Street, Suite 101
Baltimore, Maryland 21202
lisa.walden@baltimorepolice.org

*Attorney for Defendant,*
*Baltimore City Police*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2020 a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically with the Court and served electronically on:

| | |
|---|---|
| Kim D. Parker, Esquire<br>Law Office of Kim Parker, P.A.<br>2123 Maryland Avenue<br>Baltimore, Maryland 21218<br>kp@kimparkerlaw.com<br><br>*Attorney for Plaintiff* | Elisabeth Walden, Esquire<br>Baltimore City Law Department<br>Office of Legal Affairs<br>100 N. Holliday Street, Suite 101<br>Baltimore, Maryland 21202<br>lisa.walden@baltimorepolice.org<br><br>*Attorney for Defendant*<br>*Baltimore City Police* |

/s/ Robert L. Hebb
Robert L. Hebb (#23425)

B2255773.WPD; 25228-29